FILED
GREAT FALLS DIV.
2011 MAY 31 PM 12 35
PATRICK E. DUFFY, CLERK
                    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## GREAT FALLS DIVISION

| | |
|---|---|
| ANDREW M. POSTLEWAITE,<br><br>                  Plaintiff,<br><br>vs.<br><br>CROSSROADS CORRECTIONS CENTER, and THE MONTANA DEPARTMENT OF CORRECTIONS,<br><br>                  Defendants. | No. CV-11-22-GF-SEH<br><br>**ORDER** |

On May 18, 2011, United States Magistrate Judge Keith Strong entered his Findings and Recommendations[1] in this matter. Plaintiff filed objections[2] on May 23, 2011. The Court reviews *de novo* findings and recommendations to which objections are made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no error in Judge Strong's

---

[1] Document No. 7

[2] Document No. 9

Findings and Recommendations and adopt them in full.

ORDERED:

1. Plaintiff's Complaint[3] is DISMISSED without prejudice for failure to exhaust administrative remedies.

2. The Clerk is directed to enter judgment accordingly.

3. Any appeal from this disposition will not be taken in good faith because Plaintiff has failed to exhaust administrative remedies and no reasonable person could suppose an appeal would have merit. Fed. R. App. P. 24(a)(3)(A).

DATED this 31st day of May, 2011.

SAM E. HADDON
United States District Judge

---

[3] Document No. 2